UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SHU WU ZHU,

                Plaintiff,

      v.

DAVID ROARK, Director, Texas Service Center,
ET AL.,

                Defendants.
------------------------------------------------------------ x

**ECF CASE**

08 Civ. 7298 (JFK)

NOTICE OF APPEARANCE

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
          September 5, 2008

                                          Respectfully submitted,

                                          MICHAEL J. GARCIA
                                          United States Attorney for the
                                          Southern District of New York

                        By:    /s/_____
                                          NATASHA OELTJEN
                                          Assistant United States Attorney
                                          86 Chambers Street, 3rd Floor
                                          New York, New York 10007
                                          Telephone: (212) 637-2769
                                          Facsimile: (212) 637-2786
                                          Email: natalia.oeltjen@usdoj.gov

TO:    Margaret Wong
         3150 Chester Ave.
         Cleveland, Ohio 44114